

**John H. Blake**
*Partner*

**DIRECT DIAL:**
(650) 482-3084

**E-MAIL**
jhb@hanniglaw.com

CORNER OF SELBY LANE/ATHERTON
AND EL CAMINO REAL/REDWOOD CITY
www.hanniglaw.com
2991 EL CAMINO REAL
REDWOOD CITY, CA 94061-4003
TELEPHONE (650) 482-3040
FACSIMILE (650) 482-2820

**PARTNERS:**
TED J. HANNIG
JOHN H. BLAKE
ELLEN B. HAAS
WILLIAM R. WARHURST*

**ASSOCIATES:**
JESSICA ALVARADO
PETER W. DANIEL
DAVID M. SHESGREEN
DAVID M. WOOLFE

*ADMITTED IN NEVADA &
CALIFORNIA

August 19, 2011

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Ave., 15th Floor
San Francisco, CA 94102

**Re:** Robert Alvarado, etc., et al. v. Boicelli Cabinets, Inc.
Case No. C 11-02461 (JCS)

Dear Judge Spero:

As counsel of record for Defendant, Boicelli Cabinets, Inc., I respectfully request the Court's permission to participate by telephone in the Case Management Conference scheduled for August 26, 2011 at 1:30 p.m. The basis of this request is that counsel's office is located in Redwood City, California and telephonic participation in the Case Management Conference would eliminate a significant expenditure of time and resources involved in travel to San Francisco. My direct line phone number is **(650) 482-3084**.

Thank you for your attention to this request.

Very truly yours,

HANNIG LAW FIRM LLP

John H. Blake

JHB:jn

IT IS HEREBY ORDERED that Mr. Blake shall be on phone standby beginning at 1:30 PM on 8/26/11 and await the Court's call. The Court will initiate the phone call.

Dated: 8/22/11

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

{BOIE:2466:JN:H0132741.DOCX.1}