BLYTHE MICKELSON, Bar No. 095506
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                Plaintiffs,<br><br>   v.<br><br>BOICELLI CABINETS, INC., a California Corporation,<br><br>                Defendant. | Case No. C-11-2461 JCS<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE; [PROPOPSED] ORDER** |

The Parties, by and through their counsel of record, hereby notify the Court that Plaintiffs and Defendant have reached a settlement of the above-captioned matter, and are in the process of finalizing the necessary settlement documents. The Parties respectfully request that the Subsequent Case Management Conference scheduled for November 18, 2011 at 1:30 p.m. be continued for sixty (60) days to allow them time to finalize the settlement documents.

Dated: November 16, 2011          WEINBERG, ROGER & ROSENFELD
                                  A Professional Corporation


                                  */S/ Ezekiel Carder*
                            By:   EZEKIEL D. CARDER
                                  Attorneys for Plaintiffs


Dated: November 16, 2011          HANNIG LAW FIRM LLP


                                  */S/ John H. Blake*
                            By:   JOHN H. BLAKE
                                  Attorneys for Defendants

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 11-2461 JCS

**[PROPOSED] ORDER**

Based upon the foregoing Notice of Settlement and Stipulation to Continue Case Management Conference, the Court orders the continuance of the Subsequent Case Management Conference for sixty (60) days, or as soon thereafter as a court date is available. In addition, the Court Orders: The further case mgmt conference is continued to 1/20/12 at 1:30 PM.

Dated: 11/17/11

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

127274/644830

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 11-2461 JCS