BLYTHE MICKELSON, Bar No. 095506
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>BOICELLI CABINETS, INC., a California Corporation,<br><br>Defendant. | Case No. C-11-2461 JCS<br><br>**STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE; [~~PROPOPSED~~] ORDER** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 11-2461 JCS

1   The Parties, by and through their counsel of record, hereby respectfully request that
2   Subsequent Case Management Conference scheduled for January 19, 2012 at 1:30 p.m. be
3   continued for an additional thirty (30) days to allow them time to finalize the settlement
4   documents.  The Parties previously notified the Court that a settlement had been reached and the
5   Parties were in the process of preparing the settlement documents.  The settlement documents
6   have been exchanged by Counsel, but have not been signed by the respective Parties.  The Parties
7   believe the additional time will allow them to sufficient time to finalize the settlement.

Dated:  January 19, 2012            WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation


                                    */s/ Ezekiel D. Carder*
                            By:     EZEKIEL D. CARDER
                                    Attorneys for Plaintiffs


Dated:  January 19, 2012            HANNIG LAW FIRM LLP


                                    */s/ John H. Blake*
                            By:     JOHN H. BLAKE
                                    Attorneys for Defendants

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 11-2461 JCS

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation to Continue Case Management Conference, the Court orders the continuance of the Subsequent Case Management Conference ~~for thirty (30)~~ is continued to February 17, 2012, at 1:30 p.m. ~~days, or as soon thereafter as a court date is available. In addition, the Court Orders~~:



_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

127274/652345

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 11-2461 JCS