BLYTHE MICKELSON, Bar No. 095506
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                              Plaintiffs,<br><br>     v.<br><br>BOICELLI CABINETS, INC., a California Corporation,<br><br>                              Defendant. | Case No. C-11-2461 JCS<br><br>**STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE; [PROPOPSED] ORDER** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

The Parties, by and through their counsel of record, hereby respectfully request that Subsequent Case Management Conference scheduled for January 19, 2012 at 1:30 p.m. be continued for an additional thirty (30) days to allow them time to finalize the settlement documents.  The Parties previously notified the Court that a settlement had been reached and the Parties were in the process of preparing the settlement documents.  The settlement documents have been exchanged by Counsel, but have not been signed by the respective Parties.  The Parties believe the additional time will allow them to sufficient time to finalize the settlement.

Dated:  January 19, 2012　　　　　　　　WEINBERG, ROGER & ROSENFELD
　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　　　*/s/ Ezekiel D. Carder*
　　　　　　　　　　　　　　By:　　　EZEKIEL D. CARDER
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated:  January 19, 2012　　　　　　　　HANNIG LAW FIRM LLP

　　　　　　　　　　　　　　　　　　　　*/s/ John H. Blake*
　　　　　　　　　　　　　　By:　　　JOHN H. BLAKE
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 11-2461 JCS

1  **[~~PROPOSED~~] ORDER**

2  Based upon the foregoing Stipulation to Continue Case Management Conference, the

3  Court orders the continuance of the Subsequent Case Management Conference ~~for thirty (30)~~ is continued to February 17, 2012, at 1:30 p.m.

4  ~~days, or as soon thereafter as a court date is available.  In addition, the Court Orders~~:



_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

127274/652345

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 11-2461 JCS